

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:       Rainer Von Falkenhorst III v. George D. Ford. Jr. etal

Appellate case number:    01-20-00864-CV

Trial court case number:  2018-87891-7

Trial court:                       55th District Court of Harris County

Appellant tendered his brief on January 7, 2021, before the record was complete and thus, before the brief was due. The Court received the brief at that time. On January 28, 2021, the clerk's record was filed.

In reviewing the brief tendered by appellant, the Court has determined that it does not comply with the form and substance requirements for briefs under Rules 9.4 and 38.1. *See* TEX. R. APP. P. 9.4, 38.1. Accordingly, the Court strikes appellant's brief and orders appellant to file a revised brief including the following corrections: (1) The brief must be double-spaced; (2) The brief must include citations to the record, both in the statement of facts and in the arguments portions of the brief; (3) The brief must contain a clear and concise argument for all contentions made. *See* TEX. R. APP. P. 9.4(d), 38.1(g), (i).

Appellant's amended brief shall be filed by March 9, 2021.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                        ☑ Acting individually    ☐ Acting for the Court


Date: ____February 11, 2021_____